# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BLANCHARD and CINDY BLANCHARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>COVE HAVEN, INC. d/b/a COVE HAVEN RESORTS a/k/a COVE HAVEN RESORT *et al.*,<br><br>    Defendants. | NO. 3:18-CV-01848<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 25th day of September, 2018, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                                 /s/ A. Richard Caputo  
                                                 A. Richard Caputo  
                                                 United States District Judge