Lenahan & Dempsey, P.C.  
By: Kelly J. Lenahan, Esquire  
I.D. No. 90748  
Suite 400 Kane Building  
116 North Washington Avenue  
P.O. Box 234  
Scranton, Pennsylvania 18501-0234  
(570) 346-2097 Telephone  
(570) 346-1174 Facsimile  
kjl@lenahandempsey.com E-mail  

Attorneys for Plaintiff

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BLANCHARD AND CINDY BLANCHARD, HIS WIFE, : : : Plaintiffs : : v. : : COVE HAVEN, INC. d/b/a COVE HAVEN : ENTERTAINMENT RESORTS a/k/a COVE : HAVEN RESORT; COVE HAVEN PROP.CO.: L.L.C. d/b/a COVE HAVEN : ENTERTAINMENT RESORTS a/k/a COVE : HAVEN RESORT; SAMHAVEN : LAKE,L.L.C; MCSAM HOTEL GROUP, : L.L.C., : : Defendants : | NO. 3:18-CV-01848<br>(JUDGE CAPUTO) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COME,** the Plaintiffs, Joseph Blanchard and Cindy Blanchard, his wife, through their attorneys, Lenahan & Dempsey, P.C., by Kelly J. Lenahan pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, which permits voluntary dismissal prior to the opposing party filing an answer or motion for

summary judgment, files this Notice of Dismissal in the above action, without prejudice and without costs against any party.

                                                LENAHAN & DEMPSEY, PC

                                 By: _____
                                        Kelly J. Lenahan, Esquire